**In re the Interest of D.M.H.,
and A.M.J.H., Minors.**

**No. ED 84681.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 25, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 23, 2005.

Stanley Schechter, Clayton, MO, for appellant.

Barbara L. Greenberg, Family Court of St. Louis County, Clayton, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN, J., and MARY K. HOFF, J.

*ORDER*

PER CURIAM.

T.L.D. ("Mother") appeals the judgment terminating her parental rights to D.M.H. ("Son") and A.M.J.H. ("Daughter"). We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).